# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Keystone Rx LLC,                                  :
                    Petitioner        :
                                             :

          v.                                    :         No. 1369 C.D. 2018
                                             :

Bureau of Workers' Compensation         :
Fee Review Hearing Office                     :
(Compservices Inc./AmeriHealth            :
Casualty Services),                                 :
                  Respondent        :

## **O R D E R**

NOW, January 30, 2020, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.

 

                                       _____

                                         MARY HANNAH LEAVITT,
                                         President Judge